# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

130620-1

JOSEFINA RODRIGUEZ,
      Plaintiff-Appellee,

v

FARMERS INSURANCE EXCHANGE,
      Defendant-Appellant,

and

SAFECO INSURANCE,
      Defendant-Appellee.

_____/

SAFECO INSURANCE,
      Plaintiff-Appellee,

v

JOSEFINA RODRIGUEZ,
      Defendant-Appellee,

and

FARMERS INSURANCE EXCHANGE,
      Defendant/Counter-Plaintiff/
      Third-Party-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130620
COA: 262443
Van Buren CC: 01-048134-CK

SC: 130621
COA: 262444
Van Buren CC: 01-048128-CK

On order of the Court, the application for leave to appeal the January 26, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

_____
Clerk

p0821